**William D. GORDON, Secretary of Banking of Pennsylvania, Statutory Receiver of Christian A. Fisher Building and Loan Association, Appellant, v. Joseph OMINSKY and Robert B. Ely, 3rd, Federal Receivers of Christian A. Fisher Building and Loan Association, et al., Appellees.** [*]

**No. 5267.**

Circuit Court of Appeals, Third Circuit.

July 25, 1934.

Wm. A. Schnader, Atty. Gen., Harold D. Saylor, Dep. Atty. Gen., and Clarence J. Buckman, of Philadelphia, Pa., for appellant.

Oscar Brown and Charles Polis, both of Philadelphia, Pa., for appellees.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

DAVIS, Circuit Judge.

The facts in this case are substantially like those in the case of the Commonwealth of Pennsylvania v. John G. Williams et al. (C. C. A.) 72 F.(2d) 509, in which an opinion has just been filed. The same issues are involved in this case as were in that. Consequently, on the authority of that case, the decree of the District Court is affirmed.

[*]Writ of certiorari granted 55 S. Ct. 140, 79 L. Ed. —.